IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-197-D-2

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROY LENN PARKER,

Defendant.

**Order**

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 78 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, the 20 day of September, 2022.

JAMES C. DEVER III
United States District Judge