IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-197-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **Order** |
| ROY LENN PARKER, | |
| Defendant. | |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 81 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, the 20 day of September, 2022.

JAMES C. DEVER III
United States District Judge